## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JASON SPURGEON** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CA No.: 4:17-cv-01054 |
| | § | |
| **J.B. POINDEXTER & CO., INC.** | § | Jury Demanded |
| | § | |
| Defendant | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Jason Spurgeon ("**Plaintiff**") by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), stipulates to the dismissal of all his claims against Defendant J. B. Poindexter & Co. Inc. with prejudice.

Respectfully submitted:

By:       */s/ Chris R. Miltenberger*

             Chris R. Miltenberger
             Texas State Bar Number 14171200

The Law Office of Chris R. Miltenberger, PLLC
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Attorney for Plaintiff

## Certificate of Service

I certify that on June 2, 2017, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record, who have consented in writing to accept this "Notice" as service of this document by electronic means.

By:       */s/ Chris R. Miltenberger*

             Chris R. Miltenberger